AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Matthew Brackley

Defendant

)
) Case: 1:23-mj-00171
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 7/17/2023
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew Brackley,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building

Date: 07/17/2023

Issuing officer's signature: 2023.07.17 11:23:02 -04'00'

City and state: Washington, D.C.

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 7/17/2023, and the person was arrested on *(date)* 7/21/2023
at *(city and state)* WALDOBORO, ME.

Date: 7/21/2023

Arresting officer's signature

(SA) KURT S. ORMBERG FBI
*Printed name and title*